# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Virginia

Case Number: 6:2022CV00034

Plaintiff:
**Crystal VL Rivers**

vs.

Defendant:
**John L. Wynne, et al**

For:
Desert Eagle Investigations
3831 Old Forest Road
Suite 6
Lynchburg, VA 24501

CLERK'S OFFICE U.S. DISTRICT. COURT
AT LYNCHBURG, VA
FILED
SEP 08 2022
LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Received by Desert Eagle Investigations to be served on **Atlantic Union Bank a/k/a Union Bank fomerly Planters Bank & Trust, 1051 E. Cary Street - #1200, Richmond, VA 23219**.

I, Kenneth Condrey, being duly sworn, depose and say that on the **31st day of August, 2022 at 12:45 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action & Amended Complaint**, to: **Griffin Doughty** as **Authorized Agent** at the address of: **Atlantic Union Bank, 1051 E. Cary Street #1200, Richmond, VA 23219**, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 2nd day of September, 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

[Notary Seal: KAREN L. RICE, NOTARY PUBLIC, REG. 7635099, MY COMMISSION EXPIRES 10/31/2025, COMMONWEALTH OF VIRGINIA]

_____
**Kenneth Condrey**
Process Server

**Desert Eagle Investigations**
3831 Old Forest Road
Suite 6
Lynchburg, VA 24501
(434) 818-2921

Our Job Serial Number: RCT-2022001329

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V7.1g



April 20, 2022

    Re:    Affidavit for Acceptance of Service

To Whom It May Concern:

    As Registered Agent for Atlantic Union Bank, Atlantic Union Bankshares Corporation, and all subsidiaries, I authorize any member of the Legal Department including: Diana Van Arsdale, Vonda S. Kelly, Corey S. Booker, and Megan B. Larkin to accept service on my behalf if I am unavailable to accept.

    In addition to the individuals listed above, any Atlantic Union Bank branch personnel located at 1051 East Cary Street, Suite 103, Richmond, VA 23219, will also be able to accept service as agents on my behalf.

    This affidavit remains in effect until it is revoked by me. Thank you.

Subscribed and sworn,

*/s/ Rachael R. Lape*

Rachael R. Lape
Executive Vice President, General Counsel and Corporate Secretary


COMMONWEALTH OF VIRGINIA

(CITY)/COUNTY OF Richmond

Sworn and subscribed before me this 20th day of April, 2022 by Rachael R. Lape

Signature of Notary Public
*/s/ Diana Gail Van Arsdale*

Printed Name: Diana Gail Van Arsdale

Notary Registration Number: 7281700

My Commission Expires: 10/31/2025

DIANA GAIL VAN ARSDALE
NOTARY PUBLIC • REG. # 7281700
Commonwealth of Virginia
My Commission Expires 10/31/2025

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| CRYSTAL VL RIVERS | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:2022cv00034 |
| John L Wynne, et al | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Atlantic Union Bank a/k/a Union Bank formerly Planters Bank & Trust
1051 E. Cary. St. #1200
RICHMOND. VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Crystal VL Rivers
3831 Old Forest Rd, Ste 6
Lynchburg VA. 24501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/29/2022

Signature of Clerk or Deputy Clerk