CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/21/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| CRYSTAL VL RIVERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 6:22-cv-00034 |
| v. | ) | |
| | ) | |
| JOHN WYNNE, *et al.*, | ) | By: Elizabeth K. Dillon |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the various orders issued by the court in this case, which collectively have dismissed, either with or without prejudice, all claims against all defendants, final judgment is hereby ENTERED in favor of defendants and against plaintiff Rivers. Pursuant to Federal Rule of Civil Procedure 58, this constitutes the final judgment in this case.

The Clerk is DIRECTED to provide a copy of this final judgment to the parties.

Entered: May 21, 2025.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge